IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANOLUMENS ACQUISITION INC. a Georgia Corporation, and<br><br>NANOLUMENS, INC., a Georgia Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>INFILED USA, LLC a Georgia Corporation<br><br>DETAILED SOLUTIONS, LLC a Georgia Corporation, and<br><br>SHENZHEN INFILED ELECTRONICS CO., LTD. a Chinese Corporation<br><br>    Defendants. | Civil Action File No.: 1:17-cv-02137-ELR<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SHENZHEN INFILED ELECTRONICS CO., LTD, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs NanoLumens Acquisition Inc. and NanoLumens, Inc. hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, as to

1

Defendant Shenzhen Infiled Electronics Co., Ltd. Defendant Shenzhen Infiled Electronics Co., Ltd. has not yet served an answer or motion for summary judgment in this case.

This 6th day of November, 2017.

                                                */s/ Ann G. Fort*
                                                Ann G. Fort
Georgia State Bar No. 269995
Anna C. Halsey
Georgia State Bar No. 208034
Walter S. Freitag
Georgia State Bar No. 510393
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE
Suite 2300
Atlanta, Georgia 30309
Telephone: 404.853.8000
Facsimile:  404.853.8806
Email:  annfort@eversheds-sutherland.com
        annahalsey@eversheds-sutherland.com
        walterfreitag@eversheds-sutherland.com

*Attorneys for Plaintiffs NanoLumens Acquisition Inc. and NanoLumens, Inc.*

## **LR 7.1(D), NDGa. CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared with one of the font (Times New Roman) and point selections approved by the Court in LR 5.1C, NDGa.

This 6th day of November, 2017.

>  */s/ Ann G. Fort*
>  Ann G. Fort

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

This 6th day of November, 2017.

*/s/ Ann G. Fort*